IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTINENTAL WESTERN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:23-cv-414-SMD |
| STONE EQUIPMENT CO., INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

On August 30, 2024, the parties filed a Stipulation of Dismissal (Doc. 35) in this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Stipulation, signed by both parties, stated that this action should be dismissed with prejudice, with each party to bear her or its own costs and fees. Upon consideration of the parties' stipulation, which comports with the Federal Rules, this action is dismissed with prejudice on the terms agreed to by the parties.

The Clerk of Court is DIRECTED to close the case.

DONE this 3rd day of September, 2024.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE